## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

TRAVIS WESLEY,                  )
                                 )

       Petitioner,          )
                                 )

vs.                           )     CIVIL ACTION NO. 16-0099-CG-N
                                 )

CIRCUIT COURT OF MARENGO    )
COUNTY, ALABAMA,          )
                                 )

       Respondent.        )

### <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.  The Court finds that no Certificate of Appealability should issue.

**DONE and ORDERED** this 20th day of May, 2016.

                /s/  Callie V. S. Granade
                SENIOR UNITED STATES DISTRICT JUDGE